IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALAN J. WEBB, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-12-0805 |
| WELLS FARGO BANK, N.A. and | § | |
| BARRETT DAFFIN FRAPPIER | § | |
| TURNER & ENGEL, LLP, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order of today granting Defendant Wells Fargo Bank, N.A.'s 12(b)(6) Motion to Dismiss and Defendant Barrett Daffin Frappier Turner & Engel, LLP's Rule 12(b)(6) Motion to Dismiss, this action is **DISMISSED WITH PREJUDICE.**

Costs are taxed against the plaintiff.

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this 11th day of January, 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE